Richard O. Evanns , Esq.    SBN: 277442
3731 Wilshire Blvd., Suite 514
Los Angeles, CA 90010
T: (213) 292-6888
F: (213) 784-5439
enforcements@rocketmail.com

Attorney for Judgment Creditor
Vincent L. Webb

# UNITED STATES FEDERAL DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Vincent L. Webb**<br><br>Plaintiff,<br><br>v<br><br>**Changzhou Nanxiashu Tool Co., Ltd., a foreign corporation**<br>Defendant, | CASE NUMBER:   **2:17-mc-00114**<br><br>JUDGMENT CREDITORS REQUEST AND ORDER TO GRANT SPECIAL APPOINTMENT TO SERVE PROCESS<br><br>FRCP 4(c); LR 19.2, 19.3 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff / Creditor Vincent L Webb, pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and rules 4,5 and 64-2 of the Local Rules of the Central District of California, request that ABC Legal Support, a registered CA process server and attorney service company, whose business address is 201 S. Figueroa St Ste 100, Los Angeles CA 90012, be authorized and specially appointed to serve any writs of attachment, writs of execution, and any other judgment enforcement documents or items necessary in this action. The U.S. Marshal's office shall remain the levying officer

Dated: October 13, 2017

Respectfully Submitted,

_____
Richard O. Evanns, Esq.
Attorney for Judgment Creditor

_____
REQUEST AND ORDER GRANTING APPOINTMENT TO SERVE PROCESS

Vincent L. Webb v. Changzhou Nanxiashu Tool Co                                                                                         Page 1