JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

OCT 23, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

# UNITED STATES FEDERAL DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Vincent L. Webb** | CASE NUMBER: **2:17-cv-7590-VAP** |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING SPECIAL APPOINTMENT TO SERVE PROCESS |
| v | |
| **Changzhou Nanxiashu Tool Co., Ltd.,** **a foreign corporation** | FRCP 4(c); LR 19.2, 19.3 [No Hearing Required] |
| Defendant, | Hon. Virginal Phillips |

   Having considered the request of Vincent Webb (the "Creditor"), pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rules 4, 5 and 64-2 of the Local Rules of Practice of the United States District Court for the Central District of California, to designate ABC Legal Support ("ABC"), a registered California process server whose business address is 201 S. Figueroa Street, Suite 100, Los Angeles, CA 90012, as an authorized and specially appointed process server in this action; and

Having considered Creditor's request that the Court authorize ABC to serve

---

any Writs of Attachment and Writs of Execution and other judgment enforcement; and Having considered Creditor's request that the U.S. Marshall's Office remain the Levying Officer.

IT IS HEREBY ORDERED THAT Creditor's requests are granted. ABC Legal is appointed to serve any Writs of Attachment and Writs of Execution and other judgment enforcement items necessary in this action. It is further ordered that the U.S. Marshal's Office shall remain the Levying Officer.

DATED: October 23, 2017  _____

                         VIRGINIA A. PHILLIPS,
                         CHIEF UNITED STATES DISTRICT JUDGE