**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

6√

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Vincent L. Webb | 2:17-CV-07590-VAP |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Changzhou Nanxiashu Tool Co LTD | 3rd Party Levy |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Wallner Expac, Inc. FKA Wallner Tooling, c/o Paul Wallner-agent

**ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 1274 Slater Circle, Ontario CA 91761

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Evanns ESQ
3731 Wilshire Bl. #514
Los Angeles CA 90010

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pursuant to CCP 700.170, plz serve the above levy & levy on any & all monies due or coming due to debtor from garnishee, & all property of debtor in custody of garnishee (intangible). Plz note that pursuant to court order, ABC Legal will be serving this Levy Order Attached.

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 2132914109
DATE: 12/12/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 
District of Origin No. 12
District to Serve No. 12
Signature of Authorized USMS Deputy or Clerk
Date: 12/13/17

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

FILED
CLERK, U.S. DISTRICT COURT
DEC 28 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                   DEPUTY

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65 | | | 65 | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     **FORM USM-285 (Rev. 12/15/80)**
(Instructions Rev. 12/08)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Evanns, Richard<br>3731 Wilshire Blvd, Suite 514<br>Los Angeles, CA 90010<br>TELEPHONE NO.: 213-292-6888   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: VINCENT L. WEBB | FOR COURT USE ONLY |
|---|---|
| **United States District Court, Central District of California**<br>STREET ADDRESS: 350 W 1st Street Suite 4311<br>MAILING ADDRESS: 350 W 1st Street Suite 4311<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: First Street Federal Courthouse | |
| PLAINTIFF/PETITIONER: VINCENT L. WEBB | CASE NUMBER:<br>**2:17-CV-07590-VAP** |
| DEFENDANT/RESPONDENT: CHANGZHOU NANXIASHU TOOL CO., LTD. | |
| **PROOF OF SERVICE (Notice of Levy)** | Ref. No. or File No.:<br>**WEBB v. CHANGZHOU** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   **Notice of Levy; Memorandum of Garnishee (x2); Writ of Execution**

3. a. Party served *(specify name of party as shown on documents served)*:
      **WALLNER EXPAC INC, FKA WALLNER TOOLING**
   b. Person served on behalf of an entity or as an authorized agent *(specify name and relationship to the party)*:
      **Gloria McMullen, HUMAN RESOURCES, PERSON AUTHORIZED TO ACCEPT**, who accepted service, with identity confirmed by subject stating their name, a black-haired white female approx. 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.

4. Address where the party was served:
   **1274 SLATER CIRCLE, ONTARIO, CA 91761**

5. I served the party by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: **12/14/2017**  (2) at *(time)*: **2:34 PM**

6. Copies of the Notice of Levy (Enforcement of Judgment), Writ of Execution, Exemptions from the Enforcement of Judgments, Claim of Exemption (Enforcement of Judgment), Financial Statement (Wage Garnishment-Enforcement of Judgment), and Current Dollar Amounts of Exemptions from the Enforcement of Judgments were made to the Judgment Debtor in a sealed envelope, by first class mail, postage prepaid on **12/14/2017** to:
   **CHANGZHOU NANXIASHU TOOL CO., LTD., FENGSHUQIAO, SOUTH SUBURB OF CHANGSZHOU, JIANGSU, P.R. CHINA 213166**

7. Person who served papers *(name, address, and telephone number)*   Fee for service: **$ 127.50**
   **Oscar R. Sanchez, 316 W 2nd St., 3rd Floor, Los Angeles, CA 90012, 213-621-9999**

   (1) [ ] I am not a registered California process server.
   (2) [ ] I am exempt from registration under Business and Professions Code section 22350(b).
   (3) [X] I am a registered California process server:
       (i)   [ ] owner  [ ] employee  [X] independent contractor.   For: **ABC Legal Services, Inc.**
       (ii)  [X] Registration No.: **1450**                          Registration #: **6779**
       (iii) [X] County: **San Bernardino**                          County: **Los Angeles**

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 12/14/2017

**Oscar R. Sanchez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)


(SIGNATURE)

