1
2
3
4
5
6
7
8                          **DISTRICT COURT OF THE UNITED STATES**
9                             **CENTRAL DISTRICT OF CALIFORNIA**
10
11

| | |
|---|---|
| **VINCENT L WEBB** ) | **Case No.:   2:17-CV-07590-VAP** |
| ) | |
| Plaintiff ) | **[PROPOSED] ORDER ON REQUEST FOR** |
| ) | **JUDICIAL NOTICE** |
| vs. ) | |
| **CHANGZHOU NANXIASHU TOOL** ) | **Judgment Entered in C.D. Cal: 9/7/16** |
| **CO LTD** ) | |
| ) | |
| Defendant ) | |

Having considered Creditor VINCENT L WEBB'S Request for judicial notice, the court hereby orders that:

The request is GRANTED, and the Court will take judicial notice of the opinion in 5/5/17 in U.S. District Court Case No. 3:11-cv-00747-BR. Vincent L Webb v Trailer City Inc, Changzhou Nanxiashu Tool Co., et al, and of the facts adjudicated therein.

DATED:                                             _____
                                                    JUDGE OF THE DISTRICT COURT