# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

Open ✓ Closed ✓   JDIS   3,4

| Field | Value |
|---|---|
| PLAINTIFF | VINCENT L. WEBB |
| COURT CASE NUMBER | 2:17-CV-07590-VAP |
| DEFENDANT | CHANGZHOU NANXIASHU TOOL CO., LTD |
| TYPE OF PROCESS | 3rd Party Levy |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ CENTRAL PURCHASING LLC C/O CORPORATE CREATIONS NETWORK INC

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1430 TRUXTON AVE. 5TH FLOOR BAKERSFIELD, CALIF 93301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

B

RICHARD O. EVANNS, ESQ. SBN. 277442
EVANNS COLLECTION LAW FIRM
3731 WILSHIRE BLVD SUITE 514
LOS ANGELES, CALIF 90010

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve: (1) Garnishee liability letter; (2) Notice of Levy; (3) Writ of execution; (4) Memorandum of Garnishee, on Central Purchasing LLC c/o Corporate Creations Network Inc at the address above. Levy served pursuant to CCP 700.170.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 2132914109
DATE: 11/22/17

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: —
District of Origin No. 12
District to Serve No. 97
Signature of Authorized USMS Deputy or Clerk: Janelle Chavez
Date: 11/27/17

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): LILIANA GOMEZ, COMMUNITY MANAGER

Date of Service: 12/13/17
Time: 12:46 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65 | .86 | 8 | 73.86 | CALIFORNIA CENTRAL DEP | | |

REMARKS:
Fwd to 097

**PRIOR EDITIONS MAY BE USED**  1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)