**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

JDIS Open ☐ Closed ✓

9/10

| | |
|---|---|
| PLAINTIFF: Vincent C. Webb | COURT CASE NUMBER: 2:17-CV-07590-VAP |
| DEFENDANT: Changzhou Nanxiashu Tool Co., LTD | TYPE OF PROCESS: 3rd Party |

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Harbor Freight Tools USA, Inc. c/o Corporate Creations Network Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 14300 Truxtun Ave, 5th Fl, Bakersfield CA 93301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard O. Evans, Esq
3731 Wilshire Blvd. #514
Los Angeles CA 90010

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pls serve (1) Garnishee Liability letter (2) EJ-150 Notice of Levy (3) Writ of Execution (4) Memorandum of Garnishee on Harbor Freight Tools USA, Inc. c/o Corporate Creations Network @ address above. Levy Pursuant to CCP 700.170.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 213 291 4109
DATE: 1/7/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: (blank)
District of Origin No. 12
District to Serve No. 97
Signature of Authorized USMS Deputy or Clerk: Janelle Chang
Date: 1/8/18

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): LIZETH GOMEZ, COMMUNITY MANAGER
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.
Date of Service: 1/24/18
Time: 08:45 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 65 | 1.08 | 8x2 | 82.08 | | |

REMARKS: FWD TO E/CA

FILED
CLERK, U.S. DISTRICT COURT
MAR -7 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)