Name, Address, and Phone Number of Attorney(s):
Richard O Evanns Esq SBN 277442
3731 Wilshire Blvd #514
Los Angeles CA 90010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Vincent L Webb | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:17-CV-07590-VAP |
| v. | APPLICATION FOR APPEARANCE AND EXAMINATION OF ☐ JUDGMENT DEBTOR or ☑ THIRD PARTY RE: |
| Defendant(s) | ☑ ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT (Third Person) |

Vincent L Webb , the (choose one) ☑ Judgment Creditor ☐ Assignee of Record
(Name) ☐ Plaintiff who has a right to attach order

hereby applies for an order requiring  Harbor Freight Tools USA Inc, by PMK  to appear and furnish information to aid
(Name of Person To Be Examined)
in enforcement of the money judgment or to answer concerning property or debt.

The person to be examined is:

☐ the judgment debtor

☑ a third person who (1) has possession or control of property belonging to the judgment debtor or the defendant or (2) owes the judgment debtor or the defendant more than $250.00. An affidavit or declaration supporting this application under California Code of Civil Procedure section 491.110 or 708.120 is attached hereto.

☑ a third person who has information concerning the business or financial affairs, assets, and/or transactions of the judgment debtor or the defendant sufficient to aid in the enforcement of the money judgment or right to attach order against the judgment debtor or the defendant pursuant to California Code of Civil Procedure sections 491.120 or 708.130. An affidavit is attached hereto that (1) shows that a relationship exists between the judgment debtor or the defendant and the third party such that the third party can furnish information to aid in the enforcement of the money judgment or right to attach order and (2) sets forth the categories of information and documents sought.

The person to be examined resides or has a place of business in the county or within 150 miles of the place of examination. (See California Code of Civil Procedure sections 491.150(b), 708.160(b).)

☐ This Court is **not** the Court in which the money judgment was entered or (attachment only) the Court that issued the writ of attachment. An affidavit or declaration supporting an application under California Code of Civil Procedure section 491.150 or 708.160 is attached.

☐ The judgment debtor has been examined within the past 120 days. An affidavit or declaration showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated:         5/8/18

(Signature of Declarant)

Richard O Evanns Esq
(Type or Print Name)

**A PROPOSED ORDER TO APPEAR FOR EXAMINATION (CV-4P ORDER) MUST ACCOMPANY THIS APPLICATION**

CV-4P (03/17)   APPLICATION FOR APPEARANCE AND EXAMINATION
(Enforcement of Judgment/Attachment)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Webb v Changzhou | 2:17-CV-07590-VAP |

**ATTACHMENT** (Number): 1

(This Attachment may be used with any Judicial Council form.)

ATTACHMENT TO ORAP APPLICATION OF HARBOR FREIGHT TOOLS- AVAILABLE DATES FOR HEARING

CREDITOR'S COUNSEL HEREBY SUBMITS TO THE COURT THAT ANY OF THE THE FOLLOWING DATES / TIMES ARE AVAILABLE/DESIREABLE FOR THE DEBTORS EXAMINATION OF HARBOR FREIGHT TOOLS USA INC, APPLIED FOR HEREIN:

June 26, 27, 28 or 29, in the morning session of Court.

Creditor wishes for the examinations of Harbor Fright Tools and MAXX Group LLC (filed concurrently herewith) to be held on the same day, with Harbor Freight being in the morning session of the Court, and Maxx Group being in the afternoon session of the Court (if the Court's calendar permits)

Respectfully Submitted,

*[signature]*

Richard Evanns Esq

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 2 of 2
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

Richard O. Evanns, SBN 277442
3731 Wilshire Blvd., Suite 514
Los Angeles, CA 90010
T: (213) 292-6888 F: (213) 291-4109
E: enforcements@rocketmail.com
Attorney for Plaintiff / Creditor - Vincent L. Webb

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CA, SPRING STREET COURTHOUSE

| | |
|---|---|
| Vincent L. Webb,<br>   Plaintiff,<br><br>vs<br><br>Changzhou Nanxiashu Tool Co., Ltd., a foreign corporation,<br>   Defendant. | Case No. 2:17-CV-07590-VAP<br><br>POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ISSUANCE OF DEBTORS EXAMINATION NOTICE TO HARBOR FRIEGHT TOOLS; DECLARATION OF RICHARD O. EVANNS IN SUPPORT; APPLICATION FOR ORDER TO APPEAR; PROPOSED ORDER LODGED CONCURRENTLY HEREWITH |

TO THE HONORABLE COURT, AND ALL INTERESTED PARTIES AND THEIR COUNSEL:

Pursuant to Cal. Code of Civ. Proc. Sec. 708.120 and 708.130, Judgment Creditor hereby applies to the herein Court for issuance of a third-party debtors examination notice of HARBOR FREIGHT TOOLS USA, INC., by an appropriate representative to be appointed by Harbor Freight pursuant to Code of Civil Procedure Section 708.150(a) and (b). This application is based on this memorandum, the attached declaration and exhibits, and all other documents in the record herein. Pursuant to local rules, Counsel herein met and conferred with respect to this application on APRIL 19, 2018. (See Decl. Evanns para. 9)

5/7/18                   Richard Evanns, Attorney for Creditor

---

DECLARATION IN SUPPORT OF EXAMINATION OF THIRD PARTY ; POINTS AND AUTHORITIES
Webb v Changzhou                                 Page 1

## POINTS AND AUTHORITIES IN SUPPORT OF ISSUANCE OF DEBORS EXAMINATION ORDER:

Relevant Facts:

Judgment was entered in the Central District in the herein case on 9/7/17. Enforcement began with levies against intangible payment rights of the debtor, one of which levies was served on the proposed examinee herein, HARBOR FREIGHT TOOLS USA INC. ("HFT")

This levy attached approximately 1 month worth of outstanding receivables due from HFT to DEBTOR, and totaled approximately $580,000.00. (Evanns Decl. para.3 w/exhibit)

Other than the monies which were outstanding at the time of the initial levy, no further monies have been collected, and Harbor Freight Tools is therefore in effect stating that it is paying no further monies to Debtor, though it has not explicitly said this.

Creditor has reason to believe that since the enforcement efforts have begun, that Debtor is doing business through other entities and/or intermediary companies/alter egos, and Creditor seeks to examine customers of the Debtor to forward this inquiry, and/or to determine if Debtors customers are paying Debtor through other means and/or intermediaries to avoid the Creditor's levies.

Law and Argument:

   I.  Federal Courts apply State Court EOJ Law

Pursuant to Fed. Rule Civ. Proc. 69(a)(1), The Federal Courts apply State Court laws with respect to enforcement of judgment:

F.R.Civ.P. 69(a)(1) states as follows:

> "*Money Judgment; Applicable Procedure.* A money judgment is enforced by a writ of execution, unless the court directs otherwise. The procedure on execution—and in proceedings supplementary to and in aid of judgment or execution—must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies.

Therefore, California State Court Enforcement of Judgments Law applies to the herein proceedings.

## II. Third party may be examined under State Court EOJ Law

California state Enforcement of Judgments Law has two statutory sections which provide for the examination of third parties, as follows:

**Third party exam under 708.120.**

Cal. Code of Civ. Proc. Sec. 708.120 provides for the examination of third parties who, on information and belief, hold property of the Debtor in excess of $250.00. C.C.P. 708.120(a) states as follows:

> 708.120 (a) Upon ex parte application by a judgment creditor who has a money judgment and proof by the judgment creditor by affidavit or otherwise to the satisfaction of the proper court that a third person has possession or control of property in which the judgment debtor has an interest or is indebted to the judgment debtor in an amount exceeding two hundred fifty dollars ($250), the court shall make an order directing the third person to appear before the court, or before a referee appointed by the court, at a time and place specified in the order, to answer concerning such property or debt. The affidavit in support of the judgment creditor's application may be based on the affiant's information and belief.

In this case, Creditor has levied almost $600,000.00 from examinee, in monies due to debtor. Creditor believes Debtor is now doing business through alter egos/intermediaries, and therefore, Examinee is still paying monies to the Debtor, albeit indirectly. Creditor therefore believes HFT may be examined pursuant to CCP 708.120, as an entity believed to be holding Debtor property (accounts payable).

**Third party exam under 708.130.**

---

DECLARATION IN SUPPORT OF EXAMINATION OF THIRD PARTY ; POINTS AND AUTHORITIES
Webb v Changzhou                                                                              Page 3

Cal. Code of Civ. Proc Section 708.130 allows a Creditor to Examine (or obtain testimony) any party believed to have knowledge of debtor finances. 708.130 states as follows:

> 708.130 (a) Witnesses may be required to appear and testify before the court or referee in an examination proceeding under this article in the same manner as upon the trial of an issue.

The meaning of the above statute has been fairly well settled in a recent case from the CA Courts, <u>Yolanda's, Inc. v. Kahl & Goveia Commercial Real Estate</u>, 11 Cal. App. 5th 509 (2017):

Regarding 708.130, the *Yolanda's* Court states:

> "This subdivision allows **any person** with information leading to the enforcement of the judgment **to be subpoenaed** to testify in an examination proceeding in the same manner as a trial witness." (Citing Ahart, Cal. Practice Guide: Enforcing Judgments and Debts (The Rutter Group 2016) ¶ 6:1280, pp. 6G-2 to 6G-3.)

(Emphasis added) (*Yolandas* at 514)

Also see <u>21st Century Fin Servs LLC v Manchester Fin. Bank</u> S.D. Cal. 2014 U.S. Dist LEXIS 179228 | WL 7467806 (California Dist. Court upholds subpoena of a third party entity to discover potential assets of the Debtor entity, *21st Century* at 8)

Clearly, both the CA State Court as well as the District Court (which applied CA State law in the above case to uphold a third party subpoena under CCP 708.130 and CCP 187, even prior to the dispositive *Yolanda* case) acknowledge that a third party examination can be issued as to a witness likely to have information to aid in enforcement of a judgment. Therefore, the Court should allow the Creditor to examine HFT pursuant to the instant application.

III. <u>Cal Code of Civ. Proc. 708.150 allows for either Designation of a person to be examined, or for a "Person most Knowledgeable" Examination</u>

Civ. Proc. §708.150 is as follows:
(a) If a corporation, partnership, association, trust, or other organization is served with an order to appear for an examination, **it shall designate to appear and be examined one or**

more officers, directors, managing agents, or other persons who are familiar with its property and debts.

(b) **If the order to appear for an examination requires the appearance of a specified individual, the specified individual shall appear for the examination** and may be accompanied by one or more officers, directors, managing agents, or other persons familiar with the property and debts of the corporation, partnership, association, trust, or other organization.

(c) If the order to appear for the examination does not require the appearance of a specified individual, the order shall advise the corporation, partnership, association, trust, or other organization of its duty to make a designation under subdivision (a).

(d) A corporation, partnership, association, trust, or other organization, whether or not a party, may appear at an examination through any authorized officer, director, or employee, whether or not the person is an attorney.

(emphasis added)

In the case of the examinee herein, Creditor wishes HFT to designate a person pursuant to 708.150(a).

### IV. General Categories of Information/Documents Sought

The Creditor has not fully drafted the subpoena to HFT as of yet, and more categories of documents than the below may be subpoenaed. However the general categories of information which will be sought are as follows:

-All communications with Debtor entity for the last 12 months, to ascertain if business is being diverted to other entities

-All communications with owners/officers of debtor entity for the last 12 months, to ascertain if business is being diverted by them to other entities

-All communications with certain other entities believed to be potential alter egos of Debtor

-All Invoices and bills of lading and payments relating to Debtor entity for the last 12 months

-All invoices bills of lading and payments to any of the suspected alter ego entities for the last 12 months

-Copies of Manufacturers statements of origin, as well as VIN tags (identifiers of manufacturers of trailers/vehicles which come with each unit shipped)

-Copies of other documents related to purchase of goods from Debtor entity

-Copies of other documents related to purchase of goods from suspected alter ego entities

1  -Copies of other documents which may indicate a connection between debtor entity and suspected
2  alter ego entities
3
4  V.   CONCLUSION:
5  Pursuant to CCP 708.120, 708.130 and 708.150 above, the Court should issue an examination
6  notice with respect to HFT, by the person most knowledgeable regarding the subject matter of the
7  debts.
8  Dated: 5/7/18
9                                                            Richard Evanns

DECLARATION OF RICHARD EVANNS IN SUPPORT OF ISSUANCE OF THIRD PARTY EXAMINATION OF HARBOR FREIGHT TOOLS

(1) My name is Richard O. Evanns. I am an attorney duly licensed to Practice law in all Courts of the State of California and the Central District. My business address is 3731 Wilshire Blvd., Suite 514, Los Angeles, CA 90010. I am over the age of 18 and have personal knowledge of the facts stated herein, and if called to testify to the contents of this declaration, I could and would competently and truthfully do so.

(2) A money judgment against:

Changzhou Nanxiashu Tool Co., Ltd., a foreign corporation (Hereinafter "DEBTOR") was entered in the above case, on

09/07/2017 in the amount of: **$6,399,540.00**. The record will show that this judgment has withstood collateral attack and is in full force and effect.

(3) To date, Approximately $580,000.00 has been collected from a series of levies served on Examinee HARBOR FREIGHT TOOLS USA INC, with respect to ongoing payments due to Debtor. The levied funds represent approximately 30 days worth of outstanding invoices payable from Examinee to Debtor. Therefore it is clear that Examinee has or at least had a significant business relationship with the Debtor. Memorandum of Garnishee from Harbor Freight Tools Levy is attached hereto as Exhibit A.

(4) On declarant's information and belief, EXAMINEE either has possession or control of property/assets in which DEBTOR has an interest, or at the very least firsthand knowledge of the disposition/location of significant property of debtor, as follows:

> Accounts payable/monies payable / monies due or coming due to Changzhou Nanxiashu Tool Company Based upon the fact Changzhou supplys/supplied Examinee with trailers, trailer parts, tools and other product. Also Examinee may have knowledge of other entities/alter egos through which Debtor now does business.

(5) On declarant's information and belief, the above-named property/assets are worth in excess of $250.00, and is eligible for examination under CCP 708.120.

(6) On further declaration and belief based upon the above, examinee has knowledge of Debtor finances, and may be examined as a witness pursuant to CCP 700.130.

(7) No further monies have been remitted to creditor pursuant to the levies herein, or the recent assignment order, and it is believed that business between Examinee and Debtor may be being conducted through alter egos/intermediaries of Debtor, in an attempt to avoid the judgment herein. Creditor does not believe that business between Debtor and Examinee has simply gone from $600,000.00 a month to $0.00.

(8) The EXAMINEE is headquartered in Los Angeles County, in the Central District (Woodland Hills) which is less than 150 miles from the court of appropriate jurisdiction. A copy of the Secretary of State documents showing the headquarters of Harbor Freight at 26541 Agoura Road, in Calabasas CA is attached hereto as Exhibit B.

(9) On Thursday April 19, 2018 undersigned counsel met and conferred with opposing counsel John Gordon and Paul Marks regarding the instant application, and no agreement which would alleviate the need for the instant application could be reached.

I hereby declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

DATE: April 27, 2018

Richard O. Evanns
Attorney for Plaintiff / Creditor - Vincent L. Webb

EXHIBIT A

AT-167/EJ-152

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | LEVYING OFFICER (Name and Address): |
|---|---|
| Evanns Collection Law Firm, Richard Evanns Esq SBN 277442<br>3731 Wilshire Blvd #514<br>Los Angeles CA 90010<br>TELEPHONE NO.: 213-292-6888   FAX NO.:<br>E-MAIL ADDRESS: enforcements@rocketmail.com<br>ATTORNEY FOR (Name): Vincent Webb | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 350 West 1st St
MAILING ADDRESS: same
CITY AND ZIP CODE: Los Angeles CA 90012
BRANCH NAME: Central District

PLAINTIFF/PETITIONER: Vincent L Webb

DEFENDANT/RESPONDENT: Changzhou Nanxiashu Tool Co., LTD a foreign Corp

LEVYING OFFICER FILE NO.:

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

COURT CASE NO.:
2:17-cv-07590-VAP

**NOTICE TO PERSON SERVED WITH WRIT AND NOTICE OF LEVY OR NOTICE OF ATTACHMENT:** This memorandum must be completed and mailed or delivered to the levying officer within 10 days after service on you of the writ and notice of levy or attachment unless you have fully complied with the levy. Failure to complete and return this memorandum may render you liable for the costs and attorney fees incurred in obtaining the required information.
— RETURN ALL COPIES OF THIS MEMORANDUM TO THE LEVYING OFFICER —

This memorandum does *not* apply to garnishment of earnings.

1. a. Garnishee (name): Harbor Freight Tools USA, Inc
   b. Address: 26541 Agoura Rd
      Calabasas CA 91302

2. Judgment Creditor (name): Vincent L Webb

3. ☐ (Check if applicable.) The garnishee holds neither any property nor any obligations in favor of the judgment debtor.

4. If you will not deliver to the levying officer any property levied upon, describe the property and the reason for not delivering it:

   None

   *2017 NOV 27 AM 10: 34   RECEIVED CACA U.S. MARSHALS SERVICE*

5. For writ of execution only. Describe any property of the judgment debtor not levied upon that is in your possession or under your control:

   $189,962.41 in payments currently due. This amount is enclosed with this memorandum and made payable to the U.S. Marshal.

   *2017 DEC -4 PM 12: 12*

(Continued on reverse)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
AT-167/EJ-152 [Revised July 1, 2013]

**MEMORANDUM OF GARNISHEE**
(Attachment–Enforcement of Judgment)

Code Civ. Proc., §§ 488.610, 701.030

AT-167/EJ-152

| SHORT TITLE: | LEVYING OFFICER FILE NO.: | CASE NUMBER: 2:17-cv-07590-VAP |
|---|---|---|

6. If you owe money to the judgment debtor which you will not pay to the levying officer, describe the amount and the terms of the obligation and the reason for not paying it to the levying officer:

    None.

7. Describe the amount and terms of any obligation owed to the judgment debtor that is levied upon but is not yet due and payable:

    Additional payments coming due as follows:
    $233,487.36 due after 1/6/18
    $149,960.94 due after 1/13/18

8. **For writ of execution only.** Describe the amount and terms of any obligation owed to the judgment debtor that is not levied upon:

    See Response to Question Number 5.

9. Describe any claims and rights of other persons to the property or obligation levied upon that are known to you and the names and addresses of the other persons:

    Unknown

**DECLARATION OF GARNISHEE**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Marc Friedman

(TYPE OR PRINT NAME)     (SIGNATURE)

If you need more space to provide the information required by this memorandum, you may attach additional pages.
☐ Total number of pages attached:

AT-167/EJ-152 (Rev. July 1, 2013)    **MEMORANDUM OF GARNISHEE** (Attachment–Enforcement of Judgment)    Page 2 of 2

# EXHIBIT B



F

# State of California
## Secretary of State

### Statement of Information
(Foreign Corporation)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FN29924**

**FILED**
In the office of the Secretary of State
of the State of California

**JUN-14 2017**

1. **CORPORATE NAME**
HARBOR FREIGHT TOOLS USA, INC.

2. **CALIFORNIA CORPORATE NUMBER**  C2111204

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
26541 AGOURA ROAD, CALABASAS, CA 91302

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
26541 AGOURA ROAD, CALABASAS, CA 91302

6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 — CITY — STATE — ZIP CODE

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
MARC M FRIEDMAN   26541 AGOURA ROAD, CALABASAS, CA 91302

8. SECRETARY — ADDRESS — CITY — STATE — ZIP CODE
TOMAS P KOKKO   26541 AGOURA ROAD, CALABASAS, CA 91302

9. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
ERIC L SMIDT   26541 AGOURA ROAD, CALABASAS, CA 91302

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS
CORPORATE CREATIONS NETWORK INC.

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** — CITY — STATE — ZIP CODE

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
RETAIL

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 06/14/2017 | KAREN MONTANO | SPECIAL SECRETARY | |

SI-350 (REV 01/2013)   APPROVED BY SECRETARY OF STATE