# DISTRICT COURT OF THE UNITED STATES
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINCENT L WEBB** )<br>)<br>Plaintiff )<br>)<br>vs. )<br>**CHANGZHOU NANXIASHU TOOL**)<br>**CO LTD** )<br>)<br>Defendant ) | Case No.:  2:17-CV-07590-VAP<br><br>**ORDER VACATING EXAMINATION OF HARBOR FREIGHT TOOLS**<br><br>Judgment Entered in C.D. Cal: 9/7/16 |

After Considering Creditor Vince Webb's request to vacate examination of Harbor Freight Tools, for good cause appearing,

   IT IS ORDERED:

That the Examination of Harbor Freight Tools USA, Inc., on calendar for 10am on August 7, 2018, is hereby VACATED, and all parties are hereby excused from appearance thereat.

Dated: August 6, 2018

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-
ORDER ASSIGNING ORDER/RESTRAINING ORDER