DISTRICT COURT OF THE UNITED STATES

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINCENT L WEBB** <br><br> Plaintiff <br><br> vs. <br><br> **CHANGZHOU NANXIASHU TOOL CO LTD** <br><br> Defendant | Case No.: 2:17-CV-07590-VAP <br><br> ORDER VACATING EXAMINATION OF MAXX GROUP LLC <br><br> <u>Judgment Entered in C.D. Cal: 9/7/16</u> |

After Considering Creditor Vince Webb's request to vacate examination of Gilberto Romualdez, as person most knowledgable of Maxx Group LLC, for good cause appearing,

IT IS ORDERED:

That the Examination of Gilberto Romualdez, as owner of Maxx Group LLC, on calendar for 10am on August 30, 2018, is hereby VACATED, and all parties are hereby excused from appearance thereat.

Dated: 08/28/2018

*Alicia G. Rosenberg*
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE